# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 140 MM 2014
:
Respondent :
:
:
:
v. :
:
:
:
ERASTO BARRIOS, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.